IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANUEL T.,  PETITIONER, | § § § | |
| V. | § § | CIVIL NO. 3:25-CV-2575-D |
| ICE, ET AL.,  RESPONDENTS. | § § § | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ordered and adjudged that this habeas corpus petition under 28 U.S.C. § 2241 is dismissed without prejudice for want of jurisdiction as moot.

Done at Dallas, Texas December 30, 2025.

SIDNEY A. FITZWATER
SENIOR JUDGE